# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DIRECT ENERGY SERVICES LLC**, a Delaware limited liability company, and **JOHN DOE CORPORATIONS 1-10**,<br><br>Defendant. | Civil Action No.: 1:20-cv-2731-JPC<br><br>Judge J. Philip Calabrese |

## DIRECT ENERGY SERVICES, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Direct Energy Services, LLC files this Corporate Disclosure Statement as follows.

Direct Energy is a limited liability company that is a wholly owned subsidiary of NRG Energy, Inc., which is publicly traded on the New York Stock Exchange.

Dated: February 8, 2021          Respectfully submitted,

                                       By: */s/ Ashley L. Oliker*
                                           Ashley L. Oliker (0085628)
                                           Frost Brown Todd LLC
                                           10 W. Broad Street, Suite 2300
                                           Columbus, Ohio 43215
                                           T: (614) 559-7227
                                           F: (614) 464 1737
                                           aoliker@fbtlaw.com

                                           Michael D. Matthews, Jr.*
                                           Texas Bar No. 24051009
                                           William B. Thomas*

Texas Bar No. 24083965
1001 Fannin Street, Suite 2700
Houston, Texas 77002
T: (713) 337-5580
F: (713) 337-8850
matt.matthews@emhllp.com
william.thomas@emhllp.com

*Application for Pro Hac Vice forthcoming


ATTORNEYS FOR DEFENDANT DIRECT ENERGY SERVICES, LLC


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system, on February 8, 2021.

/s/ *Ashley L. Oliker*
Ashley L. Oliker
Attorney for Direct Energy Services LLC

EN00726.Public-00726   4819-6103-2155v1