# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DIRECT ENERGY SERVICES LLC**, a Delaware limited liability company, and **JOHN DOE CORPORATIONS 1-10**,<br><br>*Defendants*. | Case No.: 1:20-cv-2731-JPC<br><br>Judge J. Philip Calabrese<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLAINTIFF, Roberta Lindenbaum, and the DEFENDANT, Direct Energy Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Roberta Lindenbaum's claims against DEFENDANT Direct Energy Services, LLC. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Dated:  April 15, 2021

*/s/ Adam T. Savett*
Adam T. Savett
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, Pennsylvania 18104
Tel: (610) 621-4550
Fax: (610) 978-2970
Email: adam@savettlaw.com

*Attorneys for Plaintiff Roberta Lindenbaum*

Respectfully submitted,

/s/ Ashley L. Oliker
Ashley L. Oliker (0085628)
**FROST BROWN TODD LLC**
10 W. Broad Street, Suite 2300
Columbus, Ohio 43215
Tel: (614) 559-7227
Fax: (614) 464 1737
Email: aoliker@fbtlaw.com

Michael D. Matthews, Jr.*
Texas Bar No. 24051009

William B. Thomas*
Texas Bar No. 24083965
**MCDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Tel: (713) 337-5580
Fax: (713) 337-8850
Email: matt.matthews@emhllp.com
Email: william.thomas@emhllp.com

*Pro Hac Vice*

*Attorneys for Defendant Direct Energy Services, LLC*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a) was filed electronically on April 15, 2021, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system.

/s/ *Adam T. Savett*
Adam T. Savett

*Attorney for Plaintiff*